**RICE & AMON**
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

January 16, 2008
Via Fax (914) 390-4179

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
Room 633
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re: **Ehrlich v. Gatta**
   **07 CV 11597 (SCR)(GAY)**

Dear Judge Robinson:

    I was contacted by the Village of Scarsdale's insurance carrier this afternoon to represent the Defendants in the above matter. I have been informed that an answer (or motion) is due today. Based on what I have been advised, I intend to move to dismiss the complaint pursuant to Rule 12(b)(6). Having just been assigned the case, I am not yet in a position to either move or answer the complaint. In addition, as you know, I must file reply papers in *Bikur Cholim v. Village of Suffern*, 05 CV 10759, presently pending before you, on Friday.

    As a result, I respectfully request that the Defendants' time to move or answer with respect to the complaint be extended for 30 days, to and including February 15, 2008. I have attempted to contact Plaintiff's attorney, Mr. Barrish, but he was not in and is not expected to be in the office today. Thank you for your consideration.

Very truly yours,

Terry Rice

cc: W. Barish (914) 285-1291

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
TR-wp-011676

**APPLICATION GRANTED**
Stephen C Robinson  1/18/08
HON. STEPHEN C. ROBINSON