UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRED EHRLICH,

                  Plaintiff(s),

-against-

ALFRED A. GATTA, as the Village Manager of
Scarsdale, et al.,

                  Defendants.
------------------------------------------------------------x

ECF CASE

Index No. 07 CIV 11597 (SCR)(MDF)

**DECLARATION OF SERVICE**

**Kimberly Ann Freyre**, declares pursuant to 28 U.S.C. § 1746 as follows:

I am over the age of 21 years and reside at 105 Haseco Avenue, Port Chester, NY 10573.

On December 27, 2007, at 4:55 PM, I personally served a copy of the summons and complaint in this action by delivering a copy to **Donna Conkling**, Village Clerk of Scarsdale, as designated agent for all defendants: Alfred Gatta, as the Village Manager of Scarsdale, Noreen Fisher, as the newly appointed Mayor of Scarsdale, John Brogan as the Scarsdale Police Chief, and the Village and Town of Scarsdale at the Village Hall of Scarsdale, 1001 Post Road, Scarsdale, NY 10583.

Ms. Conkling is a white woman approximately 50 years old, 5'4" - 5'6" in height, weighing 135-145 pounds, with brown hair.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/7/08

                                          Kimberly Ann Freyre



s/ William L. Barish, Esq. (WB -6104), attorney for plaintiff
  30 Glenn St.- 201, White Plains, NY 10603-3254  tel: 914*285-9471