# WILLIAM L. BARISH
*Attorney at Law*
30 GLENN STREET - SUITE 201
WHITE PLAINS, NEW YORK 10603-3254

TEL: (914) 285-9471
FAX: (914) 285-1291

**Via Fax: (914) 390-4179: 1 of 1**

March 31, 2008

Hon. Stephen C. Robinson
United States District Judge: SDNY
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**re: Ehrlich v. Gatta**
**SDNY # 07 Civ. 11597(SCR)(MDF)**

Dear Judge Robinson:

I represent plaintiff Fred Ehrlich in the above-referenced action, and request that the Initial Case Management Conference scheduled for April 25th be adjourned. Opposing counsel does not object.

After the conference was scheduled, my wife booked a vacation for the week of April 21st. She is a teacher and her school is closed that week. Cancelling this vacation would put me in not inconsiderable peril.

Together with opposing counsel, I also request an extension of time to submit a proposed civil case discovery plan and scheduling order. Our proposed order was filed electronically on February 1st. I recently learned that it had not been forwarded to chambers. I was unaware that I should have provided a copy directly to Your Honor. The parties are expected to meet within the next two weeks to discuss settlement. Opposing counsel and I request that, absent settlement, we be permitted to submit a new discovery schedule by May 9th.

Respectfully submitted,

William Barish (WB 6105)

cc via fax: Terry Rice, Esq., (845) 357-0765

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

Stephen C. Robinson  4/1/08
HON. STEPHEN C. ROBINSON