UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

**FRED EHRLICH**,

                              Plaintiff,                **NOTICE OF MOTION**

     -against-                                       07 CV 11597 (SCG)

**ALFRED A. GATTA**, as the Village Manager of Scarsdale,
**WALTER J. HANDELMAN** as the Mayor of Scarsdale,
**JOHN A. BROGAN** as Scarsdale Police Chief, and the
**VILLAGE AND TOWN OF SCARSDALE**,

                              Defendants.

----------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Terry Rice, dated June 20, 2008, the affidavit of Daniel J. Sarnoff, sworn to on the 19th day of June, 2008, the complaint herein and upon the prior proceedings heretofore had had herein, a motion will be made to this Court, to be held at the United States District Courthouse, New York, New York, on the 14th day of July, 2008, at 9:30 in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order pursuant to FRCP Rule 12(c), dismissing the complaint herein, together with such other and further relief as to the Court may seem just and proper.

Dated: Suffern, New York
       June 20, 2008

                                                  Rice & Amon

                                                  /s/_____
                                                  By: Terry Rice (TR 1022)
                                                  Attorneys for Defendants
                                                  Four Executive Boulevard
                                                  Suite 100
                                                  Suffern, New York 10901
                                                  (845) 357-4000