# WILLIAM L. BARISH
*Attorney at Law*
30 GLENN STREET
WHITE PLAINS, NEW YORK 10603-3254

TEL: (914) 285-9471
FAX: (914) 285-1291

<u>Via Fax: (914) 390-4179: 1 of 1</u>

July 22, 2008

Hon. Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**re: Ehrlich v. Gatta
SDNY # 07 Civ. 11597 (SCR)**

Dear Judge Robinson:

I represent plaintiff in the above action brought under the Americans With Disabilities Act, and respectfully <u>request additional time to respond to defendants' Rule 12(c) motion to dismiss</u>. My opposition papers were due some time ago. I foolishly requested only one week to respond, have been occupied with certain personal matters, and lost some work to software problems. Please excuse my delay.

I have been unable to obtain <u>opposing counsel's consent to an adjournment</u>. Over the past two or three weeks, I telephoned him twice and left voicemail messages about it, but received no response.

I respectfully request that the court extend my time to respond to the defendants' motion until Thursday, July 24.

Respectfully submitted,

William Barish (WB 6105)

cc. via fax:
    Terry Rice, Esq. (845) 357-0765



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

*Stephen C Robinson*                7/22/08

HON. STEPHEN C. ROBINSION