# WILLIAM L. BARISH
*Attorney at Law*
**30 GLENN STREET**
**WHITE PLAINS, NEW YORK 10603-3254**

TEL: (914) 285-9471
FAX: (914) 285-1291

**Via Fax: (914) 390-4179: 1 of 1**

August 14, 2008

Hon. Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**re: Ehrlich v. Gatta**
**SDNY # 07 Civ. 11597 (SCR)**

Dear Judge Robinson:

I represent plaintiff in the above civil rights action. Your honor graciously extended my time to respond to defendants' motion to dismiss until July 24. I could not finish plaintiff's memorandum and supporting declarations by then, and respectfully request a final extension of time until tomorrow, August 15th. No further extensions will be requested.

No party has been prejudiced by my problems completing plaintiff's answering papers more expeditiously. I telephoned defendants' attorney about this request, leaving a message to which there has been no response.

Plaintiff respectfully requests that his time to file his response to defendants' motion to dismiss be extended to Friday, August 15th.

Respectfully submitted,

William Barish (WB 6105)

cc. via fax:
Terry Rice, Esq. (845) 357-0765

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

Stephen C. Robinson 8/15/08
HON. STEPHEN C. ROBINSION